UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Raymond L. Bonieskie )<br>20735 Jersey Mill Pl )<br>Ashburn, VA 20147 )<br>  )<br>  Plaintiff, )<br>  )<br>v. )<br>  )<br>Alberto Gonzales )<br>Attorney General )<br>U.S. Department of Justice )<br>950 Pennsylvania Avenue, N.W. )<br>Washington, D.C. 20530 )<br>  )<br>  Defendant. )<br>_____) | Civil Action No. 1:07-cv-00666<br>Judge: Hon. Paul Friedman |

### NOTICE OF FILING OF DECLARATION OF SERVICE OF PROCESS

Please take notice that Plaintiff is filing herewith the declaration of Brandon A. Snesko attesting to the service of the Summons and Complaint in this case upon the United States Attorney for the District of Columbia, Jeffrey A. Taylor.

Respectfully submitted,

/s/
Cheryl Polydor
D.C. Bar #454066
LAW FIRM OF JOHN BERRY P.L.L.C.
1990 M St. NW Suite 610
Washington, D.C. 20036
(202) 955-1100

Counsel for Plaintiff

June 20, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Raymond L. Bonieskie )<br>20735 Jersey Mill Pl )<br>Ashburn, VA 20147 )<br>  )<br>Plaintiff, )<br>  )<br>v. )<br>  )<br>Alberto Gonzales )<br>Attorney General )<br>U.S. Department of Justice )<br>950 Pennsylvania Avenue, N.W. )<br>Washington, D.C. 20530 )<br>  )<br>Defendant. )<br>_____) | Civil Action No. 1:07-cv-00666<br>Judge: Hon. Paul Friedman |

### NOTICE OF FILING OF DECLARATION OF SERVICE OF PROCESS

Please take notice that Plaintiff is filing herewith the declaration of Brandon A. Snesko attesting to the service of the Summons and Complaint in this case upon the United States Attorney for the District of Columbia, Jeffrey A. Taylor.

Respectfully submitted,

/s/
Cheryl Polydor
D.C. Bar #454066
LAW FIRM OF JOHN BERRY P.L.L.C.
1990 M St. NW Suite 610
Washington, D.C. 20036
(202) 955-1100

Counsel for Plaintiff

June 20, 2007