UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Raymond L. Bonieskie )<br>20735 Jersey Mill Pl )<br>Ashburn, VA 20147 )<br>                           )<br>      Plaintiff, )<br>                           )<br>     v. )<br>                           )<br>Alberto Gonzales )<br>Attorney General )<br>U.S. Department of Justice )<br>950 Pennsylvania Avenue, N.W. )<br>Washington, D.C. 20530 )<br>                           )<br>      Defendant. )<br>                           ) | Civil Action No. 1:07-cv-00666<br>Judge: Hon. Paul Friedman |

**NOTICE OF FILING OF DECLARATION OF SERVICE OF PROCESS**

     Please take notice that Plaintiff is filing herewith the declaration of Brandon A. Snesko attesting to the service of the Summons and Complaint in this case upon the Attorney General of the United States and Defendant, Alberto Gonzales.

Respectfully submitted,

        /s/
Cheryl Polydor
D.C. Bar #454066
LAW FIRM OF JOHN BERRY P.L.L.C.
1990 M St. NW Suite 610
Washington, D.C. 20036
(202) 955-1100

Counsel for Plaintiff

June 26, 2007

# AFFIDAVIT OF PROCESS SERVER

| United States District Court | District Of Columbia |
|---|---|
| **Raymond Bonieskie** | Attorney: |
| Plaintiff | The Law Firm of John Berry, P.L.L.C.<br>Cheryl Polydor, Esq.<br>1990 M St., NW, Suite 610<br>Washington, DC. 20036 |
| vs. | |
| **Alberto Gonzales** | |
| Defendant | |

**Case Number:** 1:07-cv-00666

Legal documents received by Same Day Process Service on May 09th, 2007 at 11:30 AM to be served upon **Alberto Gonzales, Attorney General, U.S. Department of Justice at 950 Pennsylvania Ave., NW, Washington, DC. 20530**

I, Brandon A. Snesko, swear and affirm that on **May 09th, 2007 at 1:35 PM**, I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Summons in a Civil Case; Civil Cover Sheet; Complaint**, to **Willo T. Lee** as **General Clerk 2** of the within named agency, to wit: **US Department of Justice** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female   Age: 45   Height: 5'6   Weight: 160   Skin Color: Black   Hair Color: Black   Glasses: Y

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_signature_
**Brandon A. Snesko**
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000002995

Reference Number: Bonieskie 338-01

District of Columbia : SS
Subscribed and Sworn to before me
this _9th_ day of _May_ 2007

_signature_
B. Tony Snesko, Notary Public, D.C.
My commission expires December 14, 2011

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.