UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Raymond L. Bonieskie )<br>20735 Jersey Mill Pl )<br>Ashburn, VA 20147 )<br>     )<br>     Plaintiff, )<br>     )<br>     v.    )<br>     )<br>Alberto Gonzales )<br>Attorney General )<br>U.S. Department of Justice )<br>950 Pennsylvania Avenue, N.W. )<br>Washington, D.C. 20530 )<br>     )<br>     Defendant. )<br>                              ) | Civil Action No. 1:07-cv-00666<br>Judge: Hon. Paul Friedman |

**NOTICE OF FILING OF DECLARATION OF SERVICE OF PROCESS**

    Please take notice that Plaintiff is filing herewith the declaration of Brandon A. Snesko attesting to the service of the Summons and Complaint in this case upon the United States Attorney for the District of Columbia, Jeffrey A. Taylor.

                                    Respectfully submitted,


                                    ____/s/____
                                    Cheryl Polydor
                                    D.C. Bar #454066
                                    LAW FIRM OF JOHN BERRY P.L.L.C.
                                    1990 M St. NW Suite 610
                                    Washington, D.C. 20036
                                    (202) 955-1100

                                    Counsel for Plaintiff

June 26, 2007

# AFFIDAVIT OF PROCESS SERVER

## United States District Court

## District Of Columbia

**Raymond Bonieskie**

    Plaintiff

vs.

**Alberto Gonzales**

    Defendant

Attorney:

The Law Firm of John Berry, P.L.L.C.
Cheryl Polydor, Esq.
1990 M St., NW, Suite 610
Washington, DC. 20036

**Case Number:** 1:07-cv-00666

Legal documents received by Same Day Process Service on May 09th, 2007 at 11:30 AM to be served upon **Jeffrey A. Taylor, Esq., U.S. Attorney's Office for the District of Columbia at 501 3rd St., NW, Washington, DC. 20530**

I, Brandon A. Snesko, swear and affirm that on **May 09th, 2007 at 1:25 PM**, I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Summons in a Civil Case; Civil Cover Sheet; Complaint**, to **Lakesha Carroll** as **Docket Clerk** of the within named agency, to wit: **U.S. Attorney** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female   Age: 30   Height: 5'4   Weight: 170   Skin Color: Black   Hair Color: Black   Glasses: Y

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Brandon A. Snesko**
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000002994

Reference Number: Bonieskie 338-01

District of Columbia : SS
Subscribed and Sworn to before me
this 9TH day of May, 2007

B. Tony Snesko, Notary Public, D.C.
My commission expires December 14, 2011



Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.