## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RAYMOND BONIESKIE,** ) | |
| ) | |
| **Plaintiff,** ) | **Civil Action No.: 07-0666 (PLF)** |
| ) | |
| **v.** ) | |
| ) | |
| **ALBERTO GONZALES,** ) | |
| **Attorney General, United States** ) | |
| **Department of Justice,** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| ) | |

### PRAECIPE

THE CLERK OF THIS COURT will please enter the appearance of Assistant United States Attorney Michelle N. Johnson as counsel for the federal government defendant in the above-captioned case.

Respectfully submitted,

      /s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139 (telephone)
(202) 514-8780 (facsimile)
Michelle.Johnson@usdoj.gov

COUNSEL FOR DEFENDANT