IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RAYMOND BONIESKIE,** ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 07-0666 (PLF) |
| ) | |
| v. ) | |
| ) | |
| **ALBERTO GONZALES,** ) | |
| Attorney General, United States ) | |
| Department of Justice, ) | |
| ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| ) | |

### DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant, Alberto Gonzales, Attorney General, U.S. Department of Justice, respectfully requests an enlargement of time to respond to the complaint in this case. Defendant requests an enlargement of time of two weeks, up to and including July 23, 2007. The grounds for this request are as follows:

1. Plaintiff filed his complaint in this Court on May 9, 2007. In his one-count complaint, Plaintiff asserts a claim pursuant to the Rehabilitation Act for failure to accommodate.

2. Service of the complaint was perfected on or about May 9, 2007, making Defendant's response to the complaint due on July 9, 2007.

3. Due to a number of filings in other matters, the undersigned counsel requires additional time to familiarize herself with the case and to coordinate the government's response with the federal agency defendant. Accordingly, counsel for Defendant seeks a two-week enlargement of time in which to respond to the complaint.

4. Pursuant to LCvR 7(m), counsel for Defendant contacted Plaintiff's counsel who

indicated that she does not oppose the relief sought in this motion.

A proposed Order accompanies this Motion.

Dated: July 6, 2007

                Respectfully submitted,

                  /s/ Jeffrey A. Taylor
                JEFFREY A. TAYLOR, D.C. BAR # 498610
                United States Attorney

                  /s/ Rudolph Contreras
                RUDOLPH CONTRERAS, D.C. BAR #  434122
                Assistant United States Attorney

                  /s/ Michelle N. Johnson
                MICHELLE N. JOHNSON, D.C. BAR # 491910
                Assistant United States Attorney
                United States Attorney's Office
                Civil Division
                555 4th Street, N.W. – Room E4212
                Washington, D.C. 20530
                (202) 514-7139

                COUNSEL FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RAYMOND BONIESKIE,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**ALBERTO GONZALES,** )<br>**Attorney General, United States** )<br>**Department of Justice,** )<br>)<br>)<br>Defendant. )<br>)<br>) | Civil Action No.: 07-0666 (PLF) |

**ORDER**

This matter having come before this Court on Defendant's Consent Motion for an Enlargement of Time to Answer or Otherwise Respond to the Complaint, it is hereby

**ORDERED** that Defendant's motion is **GRANTED**. It is further

**ORDERED** that Defendant shall respond to the Complaint no later than July 23, 2007.

**SO ORDERED** this ____ day of _____, 2007.

_____
PAUL L. FRIEDMAN
United States District Court Judge