IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RAYMOND BONIESKIE,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**ALBERTO GONZALES,** )<br>Attorney General, United States )<br>Department of Justice, )<br>)<br>)<br>**Defendant.** )<br>) | **Civil Action No.: 07-0666 (PLF)** |

## DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant, Alberto Gonzales, Attorney General, U.S. Department of Justice, respectfully requests an enlargement of time to respond to the complaint in this case. Defendant requests an enlargement of time of one additional week, up to and including July 30, 2007. The grounds for this request are as follows:

1. Plaintiff filed his complaint in this Court on May 9, 2007. In his one-count complaint, Plaintiff asserts a claim pursuant to the Rehabilitation Act for failure to accommodate.

2. Service of the complaint was perfected on or about May 9, 2007, making Defendant's response to the complaint due on July 9, 2007.

3. On July 6, 2007, counsel for Defendant sought an extension of time to file a response to the complaint up to and including July 23, 2007. This request was granted by the Court on July 9, 2007.

4. While counsel has begun working on Defendant's response to the complaint, due to a number of other filings in her other cases, including preparation for a pretrial conference in a case

that has subsequently settled, and preparation for a discovery hearing last week, counsel has been unable to complete Defendant's response at this time. Accordingly, counsel for Defendant seeks an additional one-week extension of time in which to finalize Defendant's response to the complaint.

5.   Pursuant to LCvR 7(m), counsel for Defendant contacted Plaintiff's counsel who indicated that she does not oppose the relief sought in this motion.

A proposed Order accompanies this Motion.

Dated: July 23, 2007

                              Respectfully submitted,

                                /s/ Jeffrey A. Taylor
                            JEFFREY A. TAYLOR, D.C. BAR # 498610
                            United States Attorney

                                /s/ Rudolph Contreras
                            RUDOLPH CONTRERAS, D.C. BAR #  434122
                            Assistant United States Attorney

                                /s/ Michelle N. Johnson
                            MICHELLE N. JOHNSON, D.C. BAR # 491910
                            Assistant United States Attorney
                            United States Attorney's Office
                            Civil Division
                            555 4th Street, N.W. – Room E4212
                            Washington, D.C. 20530
                            (202) 514-7139

                            COUNSEL FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RAYMOND BONIESKIE,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 07-0666 (PLF) |
| | ) | |
| v. | ) | |
| | ) | |
| **ALBERTO GONZALES,** | ) | |
| Attorney General, United States | ) | |
| Department of Justice, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

This matter having come before this Court on Defendant's Consent Motion for an Enlargement of Time to Answer or Otherwise Respond to the Complaint, it is hereby

**ORDERED** that Defendant's motion is **GRANTED**. It is further

**ORDERED** that Defendant shall respond to the Complaint no later than July 30, 2007.

**SO ORDERED** this _____ day of _____, 2007.

                                             _____
                                             PAUL L. FRIEDMAN
                                             United States District Court Judge