IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RAYMOND BONIESKIE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | Civil Action No.: 07-0666 (PLF) |
| | ) | |
| v. | ) | |
| | ) | |
| **ALBERTO GONZALES,** | ) | |
| Attorney General, United States | ) | |
| Department of Justice, | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

**DEFENDANT'S MOTION TO DISMISS THE COMPLAINT**

Defendant, Alberto Gonzales, Attorney General, United States Department of Justice, respectfully submits his motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). Defendant's memorandum of law accompanies his Motion for Summary Judgment, docket entry No. 10. A proposed order accompanies this motion.

Dated: July 30, 2007

                                                  Respectfully submitted,

                                                    /s/ Jeffrey A. Taylor
                                                  JEFFREY A. TAYLOR, D.C. BAR # 498610
                                                  United States Attorney

                                                    /s/ Rudolph Contreras
                                                  RUDOLPH CONTRERAS, D.C. BAR # 434122
                                                  Assistant United States Attorney

                                                    /s/ Michelle N. Johnson
                                                  MICHELLE N. JOHNSON, D.C. BAR # 491910
                                                  Assistant United States Attorney
                                                  United States Attorney's Office
                                                  Civil Division
                                                  555 4th Street, N.W. – Room E4212

                                  Washington, D.C. 20530
                                  (202) 514-7139

                                  COUNSEL FOR DEFENDANT

**Of Counsel:**

Lucille C. Roberts
Deputy General Counsel
United States Marshals Service Headquarters
Office of General Counsel
Building CS-3, 12th Floor
Washington, DC 20530-1000

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RAYMOND BONIESKIE,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**ALBERTO GONZALES,** )<br>**Attorney General, United States** )<br>**Department of Justice,** )<br>)<br>)<br>Defendant. )<br>)<br>) | Civil Action No.: 07-0666 (PLF) |

**[PROPOSED] ORDER**

This matter having come before the Court on Defendant's Motion to Dismiss it is hereby

**ORDERED** that Defendant's Motion to Dismiss is hereby **GRANTED**. It is further

**ORDERED** that the complaint is hereby dismissed with prejudice.

**SO ORDERED** on this _____ day of _____, 200___.

_____
UNITED STATES DISTRICT JUDGE