UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Raymond L. Bonieskie )<br>20735 Jersey Mill Pl )<br>Ashburn, VA 20147 )<br>        )<br>    Plaintiff, )<br>        )<br>v.    )<br>        )<br>Alberto Gonzales )<br>Attorney General )<br>U.S. Department of Justice )<br>950 Pennsylvania Avenue, N.W. )<br>Washington, D.C. 20530 )<br>        )<br>    Defendant. )<br>_____) | Civil Action No. 1:07-cv-00666<br>Judge: Hon. Paul Friedman |

## ORDER

This matter having come before this Court on Plaintiff's Consent Motion for an Enlargement of Time to Respond to Defendant's Motion to Dismiss, or in the Alternative for Summary Judgment, it is hereby

**ORDERED** that Plaintiff's Motion is **GRANTED**. It is further

**ORDERED** that Plaintiff shall respond to the Motion to Dismiss, or in the Alternative for Summary Judgment, no later than August 20, 2007.


**SO ORDERED** this _____ day of _____, 2007.



The Honorable Paul L. Friedman
United States District Court Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Raymond L. Bonieskie )<br>20735 Jersey Mill Pl )<br>Ashburn, VA 20147 )<br>　　　　　　　　　　　　　　　　　)<br>　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　　)<br>　v. )<br>　　　　　　　　　　　　　　　　　)<br>Alberto Gonzales )<br>Attorney General )<br>U.S. Department of Justice )<br>950 Pennsylvania Avenue, N.W. )<br>Washington, D.C. 20530 )<br>　　　　　　　　　　　　　　　　　)<br>　　　　Defendant. )<br>　　　　　　　　　　　　　　　　　) | Civil Action No. 1:07-cv-00666<br>Judge: Hon. Paul Friedman |

## ORDER

This matter having come before this Court on Plaintiff's Consent Motion for an Enlargement of Time to Respond to Defendant's Motion to Dismiss, or in the Alternative for Summary Judgment, it is hereby

**ORDERED** that Plaintiff's Motion is **GRANTED**. It is further

**ORDERED** that Plaintiff shall respond to the Motion to Dismiss, or in the Alternative for Summary Judgment, no later than August 20, 2007.

**SO ORDERED** this _____ day of _____, 2007.

_____
The Honorable Paul L. Friedman
United States District Court Judge