UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Raymond L. Bonieskie )<br>20735 Jersey Mill Pl )<br>Ashburn, VA 20147 )<br>   )<br>Plaintiff, )<br>   )<br>v. )<br>   )<br>Alberto Gonzales )<br>Attorney General )<br>U.S. Department of Justice )<br>950 Pennsylvania Avenue, N.W. )<br>Washington, D.C. 20530 )<br>   )<br>Defendant. )<br>_____ ) | Civil Action No. 1:07-cv-00666<br>Judge: Hon. Paul Friedman |

### PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff, Raymond L. Bonieskie, Deputy United States Marshal, United States Marshals Service, respectfully requests an enlargement of time to respond to the Defendant's Motion to Dismiss, or in the Alternative for Summary Judgment (Motion to Dismiss). Specifically, Complainant requests an enlargement of time of ten (10) additional days, up to and including August 20, 2007. The grounds for Complainant's request are as follows:

1. Plaintiff filed his complaint with this Court on May 9, 2007, and perfected service on or about the same date. Accordingly, Defendant's response to the complaint initially was due on July 9, 2007.

2. With the consent of Plaintiff's counsel, Defendant sought two extensions of time to file his response to the complaint, up to and including July 30, 2007. This Court granted both requests.

3. On July 30, 2007, Defendant filed his Motion to Dismiss. Accordingly, Plaintiff currently is required to file his response to the Motion to Dismiss no later than August 10, 2007.

4. While Plaintiff's counsel has been working on Plaintiff's response to the Motion to Dismiss, due to deadlines in other client matters on or around the same time, as well as Plaintiff's unexpected travel out of state in connection with his work, and the resultant difficulty in consulting with him regarding relevant facts in his case, the undersigned counsel requires additional time to complete Plaintiff's response to Defendant's Motion to Dismiss. Accordingly, Plaintiff's counsel seeks a ten-day enlargement of time in which to respond to the Motion to Dismiss.

5. Pursuant to LCvR 7(m), counsel for Plaintiff contacted Defendant's counsel, who graciously stated that she does not oppose the requested enlargement of time.

A proposed Order accompanies this Motion.

                                                Respectfully submitted,

                                                _____/s/_____
                                                Cheryl Polydor
                                                D.C. Bar #454066
                                                LAW FIRM OF JOHN BERRY P.L.L.C.
                                                1990 M St., NW, Suite 610
                                                Washington, D.C. 20036
                                                (202) 955-1100

                                                Counsel for Plaintiff

August 7, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Raymond L. Bonieskie<br>20735 Jersey Mill Pl<br>Ashburn, VA 20147<br><br>      Plaintiff,<br><br>v.<br><br>Alberto Gonzales<br>Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530<br><br>      Defendant. | Civil Action No. 1:07-cv-00666<br>Judge: Hon. Paul Friedman |

## ORDER

This matter having come before this Court on Plaintiff's Consent Motion for an Enlargement of Time to Respond to Defendant's Motion to Dismiss, or in the Alternative for Summary Judgment, it is hereby

**ORDERED** that Plaintiff's Motion is **GRANTED**. It is further

**ORDERED** that Plaintiff shall respond to the Motion to Dismiss, or in the Alternative for Summary Judgment, no later than August 20, 2007.

**SO ORDERED** this _____ day of _____, 2007.

_____
The Honorable Paul L. Friedman
United States District Court Judge