IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RAYMOND BONIESKIE,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**ALBERTO GONZALES,** )<br>Attorney General, United States )<br>Department of Justice, )<br>)<br>)<br>**Defendant.** )<br>) | Civil Action No.: 07-0666 (PLF) |

### DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE HIS REPLY IN FURTHER SUPPORT OF HIS MOTION TO DISMISS, OR ALTERNATIVELY, FOR SUMMARY JUDGMENT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant, Alberto Gonzales, Attorney General, U.S. Department of Justice, respectfully requests an enlargement of time to file his reply in further support of his motion to dismiss, or in the alternative, for summary judgment. Defendant seeks an extension of time up to and including September 7, 2007. In support of this request, defendant states the following:

1. On July 30, 2007, defendant filed his "Motion to Dismiss, or in the Alternative, for Summary Judgment." Defendant seeks dismissal or, alternatively, summary judgment, in his favor on plaintiff's claims.

2. On August 20, 2007, plaintiff filed his opposition to defendant's motion. Defendant's reply brief is currently due on or before August 30, 2007.

3. Defendant seeks an enlargement of time to file his reply brief to accommodate counsel's schedule. Counsel has had a number of recent filings in other matters, which have

prevented her from fully addressing the issues raised by plaintiff's opposition to defendant's dispositive motion. Further, counsel expects to be out of the office for a several days as a result of the upcoming holiday weekend. For these reasons, counsel seeks an extension to file defendant's reply brief in this matter.

    4.    Pursuant to LCvR 7(m), counsel for Defendant contacted Plaintiff's counsel who indicated that she does not oppose the relief sought in this motion.

    A proposed Order accompanies this Motion.

Dated: August 29, 2007

        Respectfully submitted,

          /s/ Jeffrey A. Taylor
        JEFFREY A. TAYLOR, D.C. BAR # 498610
        United States Attorney

          /s/ Rudolph Contreras
        RUDOLPH CONTRERAS, D.C. BAR #  434122
        Assistant United States Attorney

          /s/ Michelle N. Johnson
        MICHELLE N. JOHNSON, D.C. BAR # 491910
        Assistant United States Attorney
        United States Attorney's Office
        Civil Division
        555 4th Street, N.W. – Room E4212
        Washington, D.C. 20530
        (202) 514-7139

        COUNSEL FOR DEFENDANT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RAYMOND BONIESKIE,** | ) |
| | ) |
| Plaintiff, | )    Civil Action No.: 07-0666 (PLF) |
| | ) |
| v. | ) |
| | ) |
| **ALBERTO GONZALES,** | ) |
| Attorney General, United States | ) |
| Department of Justice, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## ORDER

This matter having come before this Court on Defendant's Consent Motion for an Extension of Time to File his Reply in Further Support of his Motion to Dismiss or, in the Alternative, for Summary Judgment, it is hereby

**ORDERED** that Defendant's motion is **GRANTED**. It is further

**ORDERED** that Defendant shall file his reply on or before September 7, 2007.

**SO ORDERED** this _____ day of _____, 2007.

_____
PAUL L. FRIEDMAN
United States District Court Judge