UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
RAYMOND BONIESKIE,                  )
                                    )
       Plaintiff,                      )
                                    )
  v.                                )   Civil Action No. 07-0666 (PLF)
                                    )
MICHAEL B. MUKASEY, Attorney General, )
United States Department of Justice,[1] )
                                    )
       Defendant.                      )
_____)

ORDER AND JUDGMENT

For the reasons stated in the Opinion issued this same day, it is hereby

ORDERED that defendant's motion to dismiss the complaint or for summary judgment [10, 11] is GRANTED;  it is

FURTHER ORDERED that JUDGMENT is entered for the defendant; it is

FURTHER ORDERED that all other pending motions are DENIED; and it is

FURTHER ORDERED that the Clerk of this Court shall remove Civil Action No. 07-0666 from the docket of this Court.  This is a final appealable order.  See FED. R. APP. P. 4(a).

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
DATE: March 31, 2008                     United States District Judge

---

[1]    The original complaint named Alberto Gonzales, former Attorney General of the United States, as the party defendant.  The Court substitutes his successor, Michael Mukasey, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.